UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
M.T., on behalf of herself and her minor child, K.C., :

                Plaintiffs, :

    - against -                                :                ORDER

NEW YORK CITY DEPARTMENT OF         :        20-CV-7544(KPF)(KNF)
EDUCATION, NEW YORK CITY BOARD OF
EDUCATION, and CHANCELLOR RICHARD   :
CARRANZA IN HIS OFFICIAL CAPACITY,

                                          :

                Defendants. :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A conference was held in the above-captioned action on September 8, 2021.  Consistent with the discussion had during the conference, on or before October 8, 2021, the parties shall submit a joint writing to the Court respecting the status of the action.

Dated:   New York, New York          SO ORDERED:
          September 8, 2021

                                            _Kevin Nathaniel Fox_
                                        KEVIN NATHANIEL FOX
                                        UNITED STATES MAGISTRATE JUDGE