UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.T., *on behalf of herself and her minor child, K.C.*,

                       Plaintiffs,

-v.-

NEW YORK CITY DEPARTMENT OF EDUCATION; NEW YORK CITY BOARD OF EDUCATION; *and* CHANCELLOR RICHARD CARRANZA, *in his official capacity*,

                       Defendants.

20 Civ. 7544 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      The parties have informed the Court that they wish to adjourn the post-fact discovery conference in this matter to facilitate their ongoing settlement discussions. Accordingly, the conference scheduled for January 18, 2022, is hereby ADJOURNED to March 10, 2022, at 10:00 a.m. The conference will proceed in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      SO ORDERED.

Dated:  January 17, 2022
             New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge