# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

February 5, 2022

*Via ECF*                                                         **MEMORANDUM ENDORSED**
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

        Re:  *M.T. obo K.C. v. N.Y. City Dep't of Educ., et al.*
              Index No. 20 CV 7544 (KPF) (GWG)

Dear Judge Gorenstein,

      I represent the Plaintiff in the in the case referenced above.  I write jointly with Plaintiffs' counsel and pursuant to the Court's directions, as emailed to the parties on February 2, 2022.  As per the letter the parties' email to Your Honor's chambers last night on February 4, 2022, the parties have reached an agreement in principle on all issues in the settlement subject to (i) completion of the drafting of the stipulation; and (ii) negotiating Plaintiffs' claim for reasonable attorneys' fees and costs.  The parties are confident that we can resolve the claim for fees without the Court's intervention.  Indeed, counsel has litigated and settled numerous similar cases together and we have never needed to litigate fees.

      In light of this development, the parties respectfully request that the Court adjourn the settlement conference scheduled for Monday, February 7, 2022 *sine die*.  The parties also respectfully request that they be given until March 4, 2022, to file a proposed stipulation of settlement and discontinuance.

      Thank you for your consideration of this matter.

                                                                       Respectfully submitted,

                                                                       */s/ Elisa Hyman*
                                                                       _____
                                                                       Elisa Hyman, Esq.

Application granted.  The settlement conference is adjourned sine die.

So Ordered.

*[signature]*
_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 7, 2022